UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

**ELIZABETH SPIVEY-JOHNSON,**
formerly known as
**ELIZABETH PENDERGAST,**

      **Plaintiff,**

  v.

**UTILIQUEST, and**
**VICKI ORGAS,**

      **Defendants.**

Case No. 05-C-0086

## ORDER FOR DISMISSAL

Based upon the stipulation of the parties,

IT IS ORDERED that the above-captioned action, including all claims and counterclaims as asserted, or which could have been asserted, are hereby dismissed on the merits, with prejudice, and without costs to any party.

Dated at Milwaukee, Wisconsin, this 2nd day of November, 2006.

                          BY THE COURT

                          s/ Rudolph T. Randa
                          HON. RUDOLPH T. RANDA
                          Chief Judge